# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **ROD E. TERRY,** | ) | Civil Action No. 7:12-cv-00135 |
|     Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By:   Hon. Michael F. Urbanski |
| **COMMONWEALTH OF** | ) | United States District Judge |
| **VIRGINIA, et al.,** | ) | |
|     Respondents. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus is **DISMISSED without prejudice** for failing to exhaust state court remedies; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: March 22, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge